# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 10, 2012

145974-5 & (18)(19)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

STANLEY G. DUNCAN,
      Defendant-Appellee.

SC: 145974
COA: 312637
Macomb CC: 2011-003839-FC;
2011-004304-FC

_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

VITA DUNCAN,
      Defendant-Appellee.

SC: 145975
COA: 312638
Macomb CC: 2011-004401-FC

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 8, 2012 orders of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND these cases to the Court of Appeals for consideration as on leave granted. We DIRECT the Court of Appeals to expedite its consideration of these cases.

The motion for stay is GRANTED. Trial court proceedings are stayed pending the completion of this appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 10, 2012

_____
Clerk

d1010